AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| MOTIQUE GRAVES, as Administrator of the Estate of TYQUARN TAMEKE GRAVES a/k/a MALIK TYQUARN GRAVES<br><br>*Plaintiff(s)*<br>v.<br>THE CITY OF NEW YORK, CITY OF NEW YORK POLICE DEPARTMENT, P.O. CHRISTIAN SANTOS, P.O. CHRISTIAN FERACA, SERGEANT RICHARD GALVEZ, P.O. RAYMOND SANCHEZ, P.O. ERNESTO DEFREITAS, P.O. JOHN LORETO, P.O. SANDEEP THOMAS, P.O. MICHAEL NAPOLITANO, P.O. DANIEL STAFFA, P.O. BRETT OSTRANDER and P.O. COLIN RUSSELL<br><br>*Defendant(s)* | Civil Action No. 1:22-cv-03230 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
THE CITY OF NEW YORK, c/o Comptroller of the City of New York, 1 Centre Street, New York, NY 10007;
CITY OF NEW YORK POLICE DEPARTMENT, 1 Police Plaza Path, New York, NY 10007;
P.O. CHRISTIAN SANTOS,127 Utica Ave, Brooklyn, NY 11213; P.O. CHRISTIAN FERACA, 127 Utica Ave, Brooklyn, NY 11213;
SERGEANT RICHARD GALVEZ, 560 Sutter Avenue, Brooklyn, NY 11207; P.O. RAYMOND SANCHEZ, 127 Utica Ave, Brooklyn, NY 11213;
 P.O. ERNESTO DEFREITAS, 127 Utica Ave, Brooklyn, NY 11213; P.O. JOHN LORETO, 560 Sutter Ave Brooklyn, NY 11207;
P.O. , SANDEEP THOMAS, 560 Sutter Ave, Brooklyn, NY 11207; P.O., MICHAEL NAPOLITANO, 127 Utica Ave, Brooklyn, NY 11213;
P.O. DANIEL STAFFA, 127 Utica Ave, Brooklyn, NY 11213; P.O. BRETT OSTRANDER, 127 Utica Ave, Brooklyn, NY 11213
 and P.O. COLIN RUSSELL, 127 Utica Ave, Brooklyn, NY 11213

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Marc R. Thompson
> Pulvers, Pulvers, Thompson & Friedman, LLP
> 930 Third Avenue
> 11th Floor
> New York, NY 10022-2705

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 6/2/2022

/s/Priscilla Bowens
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: